IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-700-D

CAROLINA SUNROCK, et al., )
)
                Plaintiffs, )
)
v. )      **ORDER**
)
THE LANE CONSTRUCTION )
CORPORATION, et al., )
)
                Defendants. )

The court has reviewed defendants' motion to dismiss and to strike under the governing standard. The court DENIES defendants' motion to dismiss and to strike [D.E. 15]. Whether any of plaintiff's claims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This _10_ day of May 2021.

                                                      JAMES C. DEVER III
                                                      United States District Judge